UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00361

**Joe Carlton Wilkerson,**
*Plaintiff,*

v.

**Gregg County Sheriff Department et al.,**
*Defendants.*

# ORDER

Plaintiff Joe Carlton Wilkerson, an inmate of the Gregg County Jail proceeding pro se, filed this civil-rights lawsuit under 42 U.S.C. § 1983. The case was referred this case to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b).

On May 16, 2023, the magistrate judge issued a report recommending that defendants' motion to dismiss and motion for summary judgment be granted and that this case be dismissed due to plaintiff's failure to exhaust administrative remedies. Doc. 25. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court grants defendants' motions (Docs. 14, 18) and dismisses this case.

*So ordered by the court on June 28, 2023.*

J. CAMPBELL BARKER
United States District Judge